IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RETZLAFF GRAIN COMPANY, INC., d/b/a RFG LOGISTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JORDAN EGGLI, CHAD NEEDHAM, CRYSTAL KONECKY, ROBB KIGER, and NORAG LLC, <br><br> Defendants. | 8:20CV289 <br><br> ORDER |

This matter comes before the Court following a discovery dispute conference held by telephone with counsel for the parties on September 1, 2022, before the undersigned magistrate judge. In advance of the conference, the Court received the following documents from counsel: jointly prepared discovery dispute charts regarding Defendants' disputes (Ex. A) and Plaintiff's dispute (Ex. B); Defendants' discovery dispute statement letter (Ex. C); Plaintiff's discovery dispute letter (Ex. D); and Plaintiff's answers to Defendants' first and second sets of interrogatories (Ex. E).[1] In accordance with the Court's rulings and discussion held on the record during the call,

**IT IS ORDERED:**

1) On or before **September 30, 2022**, Plaintiff shall complete its document production and serve supplemental verified interrogatories answers upon Defendants.

2) Defendants shall review the 7,285 documents generated by their search terms and produce all non-privileged, responsive documents to Plaintiff by **September 30, 2022**.

3) The motion to compel written discovery under Rules 33, 34, 36, and 45 is extended to **October 31, 2022**.

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

---

[1] The Court will file Ex. E under restricted access because counsel did not have adequate time to review its content for purposes of public filing.

4) As discussed during the conference, the parties' expert disclosure deadlines and the deposition deadline are stayed and will be reset during the planning conference scheduled before the undersigned magistrate judge at 11:30 a.m. on December 2, 2022.

Dated this 1st day of September, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge