# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RETZLAFF GRAIN COMPANY, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**JORDAN EGGLI, CHAD NEEDHAM, CRYSTAL KONECKY, ROBB KIGER, and NORAG LLC,**<br><br>Defendants. | **8:20CV289**<br><br>**SIXTH AMENDED CASE PROGRESSION ORDER** |

This matter is before the Court on the parties' joint email motion requesting an extension of expert disclosure deadlines (Filing No. 143). For good cause shown,

**IT IS ORDERED** that the parties' joint email (Filing No. 143) is granted as follows:

1) The deadlines for identifying expert witnesses and completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   | | |
   |---|---|
   | For the plaintiff: | **April 17, 2023** |
   | For the defendants: | **June 9, 2023** |
   | For rebuttal: | **June 30, 2023** |

2) The planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial settings remains **July 7, 2023, at 10:30 a.m.,** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **July 14, 2023**. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **ten (10)**.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **July 31, 2023**.

5) The deadline for filing motions to dismiss and motions for summary judgment is **August 31, 2023**.

6)     The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 1st day of March, 2023.

                      BY THE COURT:

                      s/Michael D. Nelson
                      United States Magistrate Judge