IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RETZLAFF GRAIN COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JORDAN EGGLI, CHAD NEEDHAM, CRYSTAL KONECKY, ROBB KIGER, and NORAG LLC, <br><br> Defendants. | 8:20CV289 <br><br> **ORDER** |

IT IS ORDERED:

1. The above-captioned civil case is set for a jury trial before the undersigned judge in Courtroom 3, 3rd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plz, Omaha, Nebraska, commencing at **8:30 a.m**. on Monday, March 17, 2025, or as soon thereafter as the case may be called, for a duration of five (5) trial days.

2. A conference is scheduled to be held before the undersigned judge by video conference at **3:00 p.m. on Thursday, March 13, 2025**. An email will be sent to counsel of record with video conference instructions for participating in the conference.

3. Parties shall deliver to the Court, <u>on or before</u> **12:00 p.m.** on **Wednesday, March 12, 2025** trial copies of all exhibits in a three-ring binder organized for use by dividers or tabs. Exhibits should be delivered to the intake desk of the Clerk of the Court at the **Robert F. Denney Federal Building, 5th Floor, Lincoln, Nebraska.**

4. At **8:30 a.m.** on the first day of trial, the Court will meet with counsel and clients, on the record in the courtroom. This will be an opportunity to dispose of any last-minute matters prior to trial. Voir dire will commence immediately thereafter.

5. Each subsequent day of trial will begin at 8:45 a.m. unless the Court directs otherwise.

6. Questioning of witnesses will be limited to direct examination, cross- examination, and redirect examination unless the Court allows further examination.

7. The Court will conduct an initial voir dire of the prospective panel. Counsel will be permitted to conduct follow-up voir dire in areas not covered by the Court's examination or in an area which may justify further examination in view of a prospective juror's response during the Court's voir dire.

8. Witnesses who do not appear to testify when scheduled will be considered withdrawn. The trial will then proceed with the presentation of any remaining evidence.

9. A list of the equipment available in the courtroom, and a virtual tour of the courtroom, is available on the Court's external web page at http://www.ned.uscourts.gov/attorney/courtroom-technology.

Dated this 26th day of February, 2025.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge