IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RETZLAFF GRAIN COMPANY, INC., and RFG LOGISTICS, INC., | Case No. 8:20-cv-00289 |
| Plaintiffs, | **ORDER** |
| vs. | |
| JORDAN EGGLI, et al., | |
| Defendants. | |

This matter is before the Court on the motion of Plaintiff Retzlaff Grain Company, Inc. ("Retzlaff"), d/b/a/ RFG Logistics, Inc., to join RFG Logistics, Inc. ("RFG") as a Plaintiff to this case. The Court finds that:

1. Joinder is permissible per Fed. R. Civ. P. 20(a)(1) as RFG asserts a right to relief jointly with Retzlaff, with respect to the same series of transactions and occurrences as Retzlaff, and questions of law and fact common to RFG and Retzlaff will arise in the action.

2. RFG has no objection to being joined as a Plaintiff in this action.

3. On March 13, 2025, Defendants indicated that they have no objection to the joinder of RFG as a Plaintiff to this suit.

Accordingly,

**IT IS ORDERED:**

1. Retzlaff's Unopposed Motion to join RFG Logistics, Inc. as a Plaintiff to this matter ([Filing No. 279](#)) is granted.

2. RFG Logistics, Inc. is now and hereafter joined as a Plaintiff to this action.

3. The Clerk of Court shall modify the docket sheet to reflect that Retzlaff should no longer be identified as "d/b/a RFG Logistics, Inc.," and to add RFG Logistics, Inc. as a Plaintiff to this suit.

DATED this 14th day of March 2025.

BY THE COURT:

*Susan M. Bazis*
Susan M. Bazis
United States District Judge