IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RETZLAFF GRAIN COMPANY, INC., and RFG LOGISTICS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> JORDAN EGGLI, CHAD NEEDHAM, CRYSTAL KONECKY, ROBB KIGER, and NORAG LLC, <br><br> Defendants. | 8:20CV289 <br><br> ORDER |

    Counsel for the defendant notified the court on 6/24/25 that they wish the following exhibits held by the court in this matter to be destroyed:

Defendant's Trial Exhibits March 17-18, 2025; March 20-21, 2025; March 24-25, 2025

    Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above- listed exhibits 14 days from the date of this order.

    IT IS SO ORDERED.

    Dated this 25th day of June, 2025.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge